Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gernot Trolf, an individual, and Tiffany Johnson, an individual, for themselves and all others similarly Situated, vs

T-Mobile USA, Inc., a Delaware corporation,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0112 BTM WMC

FILED '08 JAN 18 PM 3:57 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: [signature]

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Oren Giskan, GISKAN SOLOTAROFF & ANDERSON LLP,
11 Broadway -- Suite 2150, New York, New York 10004, 212.847.8315; 646.520.3237 (fax)

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 18 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)