1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GERNOT TROLF, ET. AL. ,

12 |                 Plaintiff,

13 |    vs.
T-MOBILE USA, INC.,

14 |                 Defendant.

CASE NO. 08CV0112 BTM (WMC)

ORDER TO SHOW CAUSE

15     Plaintiff filed this action asserting jurisdiction under the Class Action Fairness Act, 28

16 U.S.C. § 1332(d)(2).  Upon review of the Complaint, it is not apparent to the Court that the

17 aggregate amount in controversy exceeds the sum or value of $ 5,000,000.00 as required

18 by CAFA.  Plaintiff merely speculates that defendant "has generated millions of dollars in

19 revenues from this unlawful practice" and that "[m]any customers have received hundreds

20 of these charges."  Therefore, the Court orders Plaintiff to show cause why this case should

21 not be dismissed for lack of jurisdiction.  The parties shall file written responses to this OSC

22 on or before February 15, 2008.  The Court sets the OSC for hearing on **March 7, 2008 at**

23 **11:00 a.m.**  There shall be no oral argument unless requested by the Court.

24

25 DATED:  January 24, 2008

26

27                            Honorable Barry Ted Moskowitz
United States District Judge

28