1 | WILLIAM N. KAMMER [SBN 53848]
wkammer@swsslaw.com
2 | ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
3 | SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
4 | San Diego, California 92101
Telephone: (619) 231-0303
5 | Facsimile: (619) 231-4755

6 | EMILY J. BRUBAKER (CA SBN 200695)
ebrubaker@corrcronin.com
7 | CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
8 | 1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
9 | Telephone (206) 625-8600
Facsimile: (206) 625-0900
10

Attorneys for Defendant T-Mobile USA, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERNOT TROLF, an individual, and TIFFANY JOHNSON, an individual, for themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. 08-CV-0112 BTM (WMC)<br><br>**NOTICE OF APPEARANCE** |

TO:         CLERK OF THE COURT

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOTICE that the undersigned attorneys appear in this action as attorneys of record for Defendant T-Mobile USA, Inc. All future Notices of Electronic Filings relating to activity in this case should be transmitted to the e-mail addresses for T-Mobile's

undersigned counsel noted below.  This notice is for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection.

DATED: February 12, 2008          SOLOMON WARD SEIDENWURM & SMITH, LLP

By:  /s/William N. Kammer
     WILLIAM N. KAMMER
     ALISON L. PIVONKA
     Attorneys for Defendant T-Mobile USA, Inc.

CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP

By:  _____
     EMILY J. BRUBAKER
     Attorneys for Defendant T-Mobile USA, Inc.

**CERTIFICATE OF SERVICE**

I caused **NOTICE OF APPEARANCE** in the following manner:

<u>Electronic Mail Notice List</u>

The following are those who are currently on the list to receive e-mail notices for this case.

David C. Parisi
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA  91403
dparisi@parisihavens.com

Attorneys for Plaintiff

Emily J. Brubaker
Corr Cronin Michelson Baumgardner & Preece LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
ebrubaker@corrcronin.com

Attorneys for Defendant

<u>Manual Notice List</u>

The following is the list of individuals who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Oren Giskan
GISKAN SOLOTAROFF & ANDERSON, LLP
11 Broadway, Suite 2150
New York, NY  10004
Tel. (212) 847-8315
Fax (212) 520-3237

Attorneys for Plaintiff

*/s/William N. Kammer*
**William N. Kammer**