David C. Parisi, Esq. (162248)
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California    91403
(818) 990-1299
dparisi@parisihavens.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gernot Trolf, an individual, and Tiffany Johnson, an individal, for themselves and all others similarly situated<br><br>v.                                     Plaintiff(s)<br><br>T-Mobile USA, Inc., a Delaware Corporation<br><br>Defendant(s) | CASE NUMBER: 08-cv-0112 BTM(WMc)<br><br>**NOTICE OF DISMISSAL BY PLAINTIFFS**<br>**Rule 41(a)(1) F.R.Civ.P.** |

**PLEASE TAKE NOTICE:**

[x]  The above-entitled action is
         *or*
[ ]  Defendant(s)

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: February 15, 2008

_____
Plaintiff's Attorney for Plaintiffs
Gernot Trolf and Tiffany Johnson

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.